**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION**

| | |
|---|---|
| LANCE BROWN § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> § <br> PORTFOLIO RECOVERY ASSOCIATES; § <br> and EXPERIAN INFORMATION § <br> SOLUTIONS, INC. § <br> § <br> § <br> § <br> Defendants § | Civil Action No. 3:16-cv-00322 <br><br> Honorable Judge James J. Brady <br> Article III Judge <br><br> Honorable Richard L. Bourgeois, Jr. <br> Magistrate Judge |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF LANCE BROWN AND
PORTFOLIO RECOVERY ASSOCIATES, LLC**

Plaintiff Lance Brown (hereinafter "Plaintiff") and Defendant Portfolio Recovery Associates, LLC (hereinafter "Portfolio") stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

There are no longer any issues in this matter between Plaintiff and Portfolio to be determined by this Court. The Parties hereby stipulate that all claims or causes of action against Portfolio which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Dated: November 2, 2016

Respectfully submitted,

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
The Raburn Law Firm, LLC
301 N. Main Street
Suite 2200
Baton Rouge, LA 70825
jonathan@geauxlaw.com
318-412-2777 (telephone)
225-412-3783 (facsimile)

And ;

/s/ D. Michael Dendy
D. Michael Dendy (04863)
D. Michael Dendy, APLC
110 Veterans Boulevard, Suite 560
Metairie, LA  70005
Telephone:  (504) 367-2040
Facsimile:  (504) 367-9330
Email: michaeldendy@dendylaw.com

/s/ Ethan G. Ostroff
Ethan G. Ostroff (VSB # 71610)
Admitted *Pro Hac Vice*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7541
Facsimile:  (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

Counsel for Defendant Portfolio Recovery Associates, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

    /s/ Jonathan Raburn
    Jonathan Raburn