UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LANCE BROWN

VERSUS

PORTFOLIO RECOVERY ASSOCIATES,
LLC, ET AL.

CIVIL ACTION

NO. 16-322-JJB

## O R D E R

Considering the notice (doc. 19) to dismiss Portfolio with prejudice;

IT IS ORDERED that the Portfolio Recovery Associates, LLC be dismissed with prejudice from this action

Signed in Baton Rouge, Louisiana, on November 7, 2016.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**