UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LANCE BROWN | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 16-322-JJB |
| PORTFOLIO RECOVERY ASSOCIATES, ET AL | |

## ORDER OF PARTIAL DISMISSAL

Considering the foregoing notice/motion;

IT IS ORDERED that all claims by plaintiff against Experian Information Solutions be DISMISSED with prejudice, all costs and attorney's fees to be paid by the party incurring same.

Signed in Baton Rouge, Louisiana, on November 14, 2016.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY